**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| HAILEE STOEY, et al. | * | |
| | * | |
| Plaintiffs | * | Civil No. JFM02 CV 3862 |
| | * | |
| vs. | * | |
| | * | |
| GEORGE E. MANGER, JR., M.D. | * | |
| | * | |
| Defendants | * | |
| | ************* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2003, a copy of the Plaintiffs'

Answers to Interrogatories and Responses to Requests for Production of Documents

directed to George E. Manger, M.D. and Answers to Interrogatories and Responses to

Requests for Production directed to Washington County Hospital Association,

respectively, were mailed first class mail, postage prepaid to the following:

Michele L. Smith, Esq.
Adelman, Sheff & Smith, LLC
200-A Monroe Street, Suite 310
Rockville, MD 20850

Thomas L. Doran, Esq.
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd, Suite 200
Lanham, MD 20703-0040

_____
GEORGE S. TOLLEY, III
Dugan, Babij, Tolley & Spector, LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland 21093
(410) 308-1600
Attorneys for Plaintiffs