IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

```
_____
                               )
HAILEE STOEY, a minor,         )
 et al.,                       )
                               )
         Plaintiffs,           )
                               )
    v.                         )   Civil Action No. JFM-02-3862
                               )   Judge J. Frederick Motz
GEORGE E. MANGER, JR., M.D.,   )
 et al.,                       )
                               )
         Defendants.           )
_____)
```

## LINE

TO THE CLERK OF THE COURT:

    Enclosed for filing in the above-captioned matter please find the amended Certificate of Meritorious Defense, with Report, of Charles S. Greenhouse, M.D., on behalf of Defendants George E. Manger, Jr., M.D., and George E. Manger, Jr., M.D., P.A.

                               DeCARO, DORAN, SICILIANO,
                                  GALLAGHER & DeBLASIS, LLP

                   By:   /s/ Thomas L. Doran, #03054
                        Thomas L. Doran, #03054
                        Anne Marie McGinley, #05755
                        4601 Forbes Boulevard
                        Suite 200
                        Post Office Box 40
                        Lanham, Maryland  20703-0040
                        (301) 306-4300
                        Counsel for Defendants,
                         Dr. Manger and George W.
                         Manger, Jr., M.D., P.A.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX: (301) 306-4988
———
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX: (703) 299-8548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Line, together with amended attached Certificate of Meritorious Defense and Report, was served electronically this 30th day of April, 2003, on counsel for all parties:

> Henry E. Dugan, Jr., Esquire
> George S. Tolley, III, Esquire
> Dugan, Babij, Tolley & Spector, LLC
> 1966 Greenspring Drive
> Suite 500
> Timonium, Maryland  21093
> **Counsel for Plaintiffs**
>
> Michele L. Smith, Esquire
> Adelman, Sheff & Smith, LLC
> 200-A Monroe Street
> Suite 310
> Rockville, Maryland  20850
> **Counsel for Defendant**
>  **Washington County Hospital Association**

 /s/ Thomas L. Doran, #03054
Thomas L. Doran, #03054

I:\COMMON\WP\L1\TLD\Stoey\Line-CQE-Amended-DrGreenhouse.wpd.dhr

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX: (301) 306-4988
———
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX: (703) 299-8548