IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| HAILEE STOEY, a minor, by and through her parents and next friends, TIM and CASSANDRA STOEY, et al., ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. JFM-02-3862 Judge J. Frederick Motz |
| GEORGE E. MANGER, JR., M.D., et al., ) ) | |
| Defendants. ) ) | |

## CERTIFICATE OF MERITORIOUS DEFENSE

I HEREBY CERTIFY that I have reviewed the medical records and other relevant material pertaining to the medical treatment and care rendered to the Plaintiffs by George E. Manger, Jr., M.D., and George E. Manger, Jr., M.D., P.A.

I HEREBY CERTIFY that, based upon reasonable medical probability, said treatment and care complied with the applicable standards of care for a health care provider under the same or similar circumstances and that the alleged departure from applicable standards of care was not the proximate cause of the injuries claimed.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-0867
FAX: (703) 289-8548

I HEREBY CERTIFY that I am a licensed physician in the State of Maryland. I further affirm that less than twenty (20) percent of my annual professional time directly involves testimony in personal injury claims.

Charles S. Greenhouse, M.D.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
___
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
___
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 289-8548

## REPORT OF CHARLES S. GREENHOUSE, M.D.

I have reviewed the medical records and other relevant material pertaining to the medical treatment and care rendered to Plaintiffs by George E. Manger, Jr., M.D., and George E. Manger, Jr., M.D., P.A.

Based upon reasonable medical probability, I am of the opinion that the treatment and care rendered by George E. Manger, Jr., M.D., and George E. Manger, Jr., M.D., P.A. complied with the applicable standards of care for a health care provider under the same or similar circumstances and that the alleged departure from the applicable standards of care was not the proximate cause of the injuries claimed.

Charles S. Greenhouse, M.D.

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing Certificate of Meritorious Defense, together with attached Report of Charles S. Greenhouse, M.D., was mailed postage prepaid, via first-class mail, this _30th_ day of April, 2003, to:

> Henry E. Dugan, Jr., Esquire
> George S. Tolley, III, Esquire
> Dugan, Babij, Tolley & Spector, LLC
> 1966 Greenspring Drive
> Suite 500
> Timonium, Maryland  21093
> **Counsel for Plaintiffs**

> Michele L. Smith, Esquire
> Paula Neira, Esquire
> Adelman, Sheff & Smith, LLC
> 200-A Monroe Street
> Suite 310
> Rockville, Maryland  20850
> **Counsel for Defendant**
>  **Washington County Hospital Association**

_____
Thomas L. Doran

I:\COMMON\WP\L1\TLD\Stoey\CQE-Dr. Greenhouse-Amended.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2505 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 298-8548

- 4 -