IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HAILEE STOEY, et al. | * | |
| | * | |
| Plaintiffs | * | Civil No. JFM02 CV 3862 |
| | * | |
| vs. | * | |
| | * | |
| GEORGE E. MANGER, JR., M.D. | * | |
| | * | |
| Defendants | * | |

*************

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2003, a copy of the Plaintiffs' Notices of Deposition Duces Tecum directed to Dorothy Warrenfeltz, R.N.; Bonnie Turner, R.N. and Ann Marie Waldon, R.N., respectively, were mailed first class mail, postage prepaid to the following:

Michele L. Smith, Esq.
Adelman, Sheff & Smith, LLC
200-A Monroe Street, Suite 310
Rockville, MD 20850

Thomas L. Doran, Esq.
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd, Suite 200
Lanham, MD 20703-0040

_____
GEORGE S. TOLLEY, III
Dugan, Babij, Tolley & Spector, LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland 21093
(410) 308-1600
Attorneys for Plaintiffs