11M DATE: *12JfJ1 Jf» IU4*  
TIrE f 16'50'

YBshir$taa (:cx.nty Case MiX/Abs *LIVEi'  
**DELI'8IES**

**PAGE 5**

FRq4 DELIVERY DATE: *11/01199* TfRU DELIVERY DATE: 11/30199

| tMIT tUI& | RttM | fIDTtER /S tWE | DELIVERY .DAle | DELIVERY 'TIME | DELIVERY tl>/0If | DELIVERY tETHCDS -WAC- IIA VAG .Fat EPI V_IE su: FAIL sat tal. PRI REP linT., tWE | *CIS* | BABY IGIT APGM PINSICIAN CIRe |
|---|---|---|---|---|---|---|---|---|
| H21tj818' | 2025 | STCEY ,CA$SNI)RA DEE | *11/18199* | 2m4 | MVGi | X X .X | Hfe6S375 S1tEY ,MILEE NID1.E | 422' 8-9 STRM |

RUN DATE: 01/13/98 RUN  *Nov-1999*          Washington. County Case Mix/Abs *UVE*                                            PAGE 1
TIME: 0857                                          . DELIVERIES

| UNIT 'NIJIBER | ROOM | KJTHER'S NAME | DELIVERY DATE | DELIVERY TIME | DELIVERY MD/CNM | DELIVERY METHODS  CIS IIA VAG FOR [PI VAt SUC FAIL SCH NON PRI REP UNIT.R NAME | B A B Y WGHT APGAR .PHYSICIAN CIRC |
|---|---|---|---|---|---|---|---|
| 019818 | 2025 X | STOEY, CASSANDRA | 11-18 | 0054 | n | 51.JE | GIRL 19-5 18-9 CD |

LAW OFFICES ADELMAN, SHEFF &
SMITH, LLC 200..A MONltOESTREE:1\
SUII'__ 310
ROCKVJLLE, MARYlAND 20850

_. (301) 849-1140 FAX. (801) 29_406 Writers
E-MAIl: Msmith@hospimlJ,aw.com

July 8, 2003

George S. Tolley, III, Esq. (410) 308-1742
Dugan:, Babij _ Tolley & Spector, LLC 1966
Greenspring Drive, Suite 500 Timonium, MD
21093

Re:   _ey v. Washington Coun_ Association_ et al

Dear Mr. Tolley:'

Thank you for your letter of July 2, 2003. The hospital desires to comply with all legitimate discovery requests and I have indicated that I believe you have a right to determine the time Dr. Manger was attending to any patient during a delivery, either vaginal or cesarean. I do not understand your desire to learn additional protected health infonnation, such as whether the patient was given any medications during her labor and delivery.

I will agree not to oppose plaintiff's motion to compel Washington County Hospital to identify all deliveries Dr. Manger attended November 18, 1999. I do not agree_ however) that': _pecific infonnation regarding the health of any other patient at Washington Co_ty Hospita.t is a legitimate discovery request. Please feel free to contact me so that ¥nay 'er discuss, th_,e.,Issue.

",V__y 0 yours,

J 4cfl.. SmIth

MLS/jn

00: Thomas L. Doran, Esq. (301) 306-4988
.010