# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Attorneys at Law

Alan R. Siciliano*▼
Jeffrey R. DeCaro*▼
Thomas L. Doran*
Charles E. Gallagher, Jr.*▼
Samuel J. DeBlasis II*
Christopher R. Dunn*
Warren D. Stephens*

4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
FAX (301) 306-4988

Leslie Oliveri Doser*
Jeffrey T. Brown*
Lynne J. Kinney*
Anne Marie McGinley*
Erik H. Nyce*▼
Giancarlo M. Ghiardi*
Timothy W. Fitzmaurice*
Jennifer R. Albany*▼
Elizabeth M. Fischer*▼
Mary-Lee Payne*
Samantha D. Vanterpool▼
Marcy Wright Kreindler*
John M. Lis*▼
Karen Saks Shrager

**VIRGINIA OFFICE**
2565 Chain Bridge Road
Vienna, Virginia 22181
(703) 255-6667
FAX (703) 299-8548

**EASTERN SHORE OFFICE**
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

* Also member of DC Bar
▼ Also member of Virginia Bar

☑ Reply to Lanham Office
☐ Reply to Virginia Office

e-mail address: tdoran@decarodoran.com

July 16, 2003

Our File No.: 05700-00113

The Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  **Stoey, et al. v. Manger, et al.**
     Case No. JFM-02-3862

Dear Judge Motz:

The Scheduling Order/Discovery Plan in this case calls for the Defendants to identify requests for Rule 35 examinations by July 18, 2003, which is the same date for Defendants' expert witness designation.

The parties would like to waive the requirement of formal Rule 35 Motions and simply include the designation of experts who may be requested to examine the minor Plaintiff in the Defendants' expert witness designation. Counsel have conferred on this issue and Plaintiffs' counsel has agreed to this proposal.

The parties would ask that the Court advise if this procedure will be acceptable or if a Rule 35 Motion will be required. Thank you for your consideration in this regard.

Very truly yours,

Thomas L. Doran
TLD/DHR

cc: George S. Tolley, III, Esquire (Counsel for Plaintiffs)
    Michele L. Smith, Esquire (Counsel for Defendant Hospital)

I:\COMMON\WP\L1\TLD\Stoey\JudgeMotz-Rule35Motion.wpd