IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HAILEE STOEY, a minor, etc., et al., | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. JFM-02-CV-3862 |
| GEORGE E. MANGER, JR., M.D., et al., | * | |
| Defendants | * | |

************

**JOINT CONSENT MOTION TO AMEND SCHEDULING ORDER**

The parties, by and through their undersigned counsel, respectfully request that the Scheduling Order in this medical malpractice action be amended, as follows:

| | |
|---|---|
| Interim Status Report filed in chambers | **October 17, 2003** |
| Deadline for completion of all discovery | **January 30, 2004** |
| Final Status Report filed in Chambers | **January 30, 2004** |
| Motions (except Motions in limine) | **February 13, 2004** |
| Pre-Trial Conference | **March 12 , 2004** (or another date to be selected by the Court) |

The parties respectfully submit that, in the instant medical malpractice action, the proposed discovery schedule would permit the parties to complete discovery, including discovery of the opinions of expert witnesses through their oral deposition testimony, in advance of the close of discovery and the commencement of post-discovery proceedings.

The parties further state that significant discovery has been completed. Moreover, the parties are cooperating in the scheduling of the remaining expert witness depositions, and expect to have all discovery completed on or before January 30, 2004.

WHEREFORE, the parties, through their undersigned counsel, respectfully request that this Honorable Court grant their Joint Consent Motion to Amend Scheduling

Order, enter an Order establishing the proposed discovery schedule, and grant them such other and further relief as the nature of this cause may require.

Respectfully Submitted,

| | |
|---|---|
| _____ | _____ |
| Thomas L. Doran, Esquire | Henry E. Dugan, Jr., Esquire |
| Anne Marie McGinley, Esquire | George S. Tolley III, Esquire |
| DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP | Dugan, Babij, Tolley & Spector, LLC |
| 4601 Forbes Boulevard, Suite 200 | 1966 Greenspring Drive, Suite 500 |
| Lanham, Maryland 20703-0040 | Timonium, Maryland 21093 |
| | Attorneys for Plaintiffs |
| Attorneys for Defendants | |