IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HAILEE STOEY, a minor, <u>etc</u>., <u>et al</u>., | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No. JFM-02-CV-3862 |
| GEORGE E. MANGER, JR., M.D., <u>et al</u>., | * | |
| Defendants | * | |

************

**INTERIM STATUS REPORT**

The parties, by and through their undersigned counsel, respectfully submit this Interim Status Report concerning the progress of discovery and other matters pertaining to the above-captioned matter, and pursuant to the Scheduling Order (as amended) in this case, state as follows.

**1. Whether or not discovery has been completed**

Discovery has not been completed.

On or about October 15, 2003, the parties filed a Joint Consent Motion to Amend Scheduling Order, requesting that the Scheduling Order in this action be amended, as follows:

| | |
|---|---|
| Interim Status Report filed in chambers | **October 17, 2003** |
| Deadline for completion of all discovery | **January 30, 2004** |
| Final Status Report filed in Chambers | **January 30, 2004** |
| Motions (except Motions <u>in</u> <u>limine</u>) | **February 13, 2004** |
| Pre-Trial Conference | **March 12 , 2004** |
| | (or another date to be selected by the Court) |

The parties respectfully submit that the proposed discovery schedule would permit the parties to complete discovery, including discovery of the opinions of expert witnesses through their oral deposition testimony, in advance of the close of discovery and the commencement of post-discovery proceedings.

The parties further state that significant discovery has been completed and that further discovery is proceeding. Moreover, the parties are cooperating in the scheduling of the remaining expert witness depositions.

**2. Whether or not any motions are pending**

On or about October 15, 2003, the parties filed a Joint Consent Motion to Amend Scheduling Order. No other motions are pending.

**3. Whether or not any party intends to file motions**

Discovery has not been completed. The parties have not made their final determinations as to whether substantive motions will be necessary or appropriate.

In accordance with the schedule set forth in the parties' Joint Consent Motion to Amend the Scheduling Order, with the approval of this Honorable Court, the parties will file a Final Status Report on or before January 30, 2004, at which time they expect to have determined whether substantive motions would be necessary and appropriate.

**4. Whether the case is to be tried jury or non-jury and anticipated length of trial**

This case is to be tried to a jury.

Discovery has not been completed. The parties have not yet made a final determination as to the anticipated length of trial.

Based upon the information presently available, the parties estimate that trial may last approximately five full trial days.

**5. A certification concerning settlement negotiations**

Discovery has not been completed. The parties have not met to discuss the prospect of settlement.

In accordance with the schedule set forth in the parties' Joint Consent Motion to Amend the Scheduling Order, with the approval of this Honorable Court, the parties will file a Final Status Report on or before January 30, 2004, at which time they expect to have discussed the prospect of settlement.

**6. Other matters to be brought to the attention of the Court**

Nothing at this time.

Respectfully Submitted,

_____     _____
Thomas L. Doran, Esquire           Henry E. Dugan, Jr., Esquire
Anne Marie McGinley, Esquire       George S. Tolley III, Esquire
DeCaro, Doran, Siciliano, Gallagher   Dugan, Babij, Tolley & Spector, LLC
   & DeBlasis, LLP                 1966 Greenspring Drive, Suite 500
4601 Forbes Boulevard, Suite 200   Timonium, Maryland 21093
Lanham, Maryland 20703-0040
                                   Attorneys for Plaintiffs
Attorneys for Defendants