IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HAILEE STOEY, a minor, by and through<br>Her parents and next friends,<br>TIM and CASSANDRA STOEY, *et al* | * | |
| Plaintiffs | * | |
| Vs. | * | Civil Action No: JFMO2 CV 3862 |
| GEORGE E. MANGER, JR., M.D., *et al* | * | |
| Defendants | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Defendant, Washington County Hospital Association **only**, shall be voluntarily dismissed from the instant case without prejudice by agreement of all parties. The dismissal of defendant Washington County Hospital Association is not intended to release, dismiss or constitute res judicata as to any other defendant.

_____    _____
Henry E. Dugan, Jr. Esq.                                Michele L. Smith
Bruce J. Babij, Esq.                                    ADELMAN, SHEFF & SMITH, LLC
George S. Tolley, III, Esq.                             180 Admiral Cochrane Drive
DUGAN, BABIJ, TOLLEY & SPECTOR, LLC     Suite 370
1966 Greenspring Drive, Suite 300                       Annapolis, MD 21401
Timonium, MD, 21093                                     (410) 224-3000
(410) 308-1600                                          Counsel for Washington County Hospital
Counsel for Plaintiffs                                  Association

_____
Thomas L. Doran, Esq.
Anne Marie McGinley, Esq.
DeCARO, DORAN, SICILIANO, GALLAGHER
 & DeBLASIS
4601 Forbes Blvd., Suite 200
P.O. Box 40
Lanham, MD 20703-0040
(301) 306-4300
Attorneys for George E. Manger, Jr., M.D.
And George E. Manger, Jr., MD, PA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of September, 2003, a copy of the Stipulation of Dismissal Without Prejudice (as to Washington County Hospital Association only) was mailed, postage prepaid, to:

>Henry E. Dugan, Jr., Esq.
>Bruce J. Babij, Esq.
>George S. Tolley, III, Esq.
>Dugan, Babij, Tolley & Spector, LLC
>1966 Greenspring Drive, Suite 500
>Timonium, MD 21093
>Attorneys for Plaintiffs
>
>Thomas L. Doran, Esq.
>Anne Marie McGinley, Esq.
>DeCaro, Doran, Siciliano, Gallagher
>   & DeBlasis
>4601 Forbes Blvd., Suite 200
>P.O. Box 40
>Lanham, MD 20703-0040
>Attorneys for George E. Manger, Jr., M.D.
>And George E. Manger, Jr., MD, PA

_____
Michele L. Smith