IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HAILEE STOEY, et al. | * | |
| | * | |
| Plaintiffs | * | Civil No. JFM02 CV 3862 |
| | * | |
| vs. | * | |
| | * | |
| GEORGE E. MANGER, JR., M.D. | * | |
| | * | |
| Defendants | * | |

*************

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2004, a copy of the Plaintiffs' Notices of Deposition Duces Tecum directed to Raymond Cox, M.D. and Charles Greenhouse, M.D., respectively, were sent via first class mail, postage prepaid to the following:

Thomas L. Doran, Esq.
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Blvd, Suite 200
Lanham, MD 20703-0040

                                                                                                         _____
GEORGE S. TOLLEY, III
Dugan, Babij, Tolley & Spector, LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland 21093
(410) 308-1600
Attorneys for Plaintiffs