UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 8, 2004

Memo To Counsel Re: Stoey v. Manger
Civil No. JFM-02-3862

Dear Counsel:

    This will confirm, as we discussed over the telephone today, that the pretrial conference scheduled for March 11, 2004 at 4:30 is canceled. The pretrial conference is rescheduled for April 22, 2004 at 4:00. The pretrial order and your proposed voir dire questions will be due on April 21, 2004.

    This will also confirm that I will ask that Magistrate Judge Grimm attempt to assign the case to a magistrate judge for the purpose of holding a settlement conference some time during the next thirty days. If a magistrate judge is unavailable, I will speak with you further about the pretrial conference and the trial date.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge