IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIM STOEY, ET AL | * | |
| Plaintiff | * | Civil Case No.: JFM-02-3862 |
| vs. | * | (Magistrate Judge Grimm) |
| GEORGE E. MANGER, JR. ET AL | | |
| Defendant | ****** | |

**GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____ Date: 4/8/04

_____ Date:

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED this _12t_ day of _April_, 20_04_, that the above-captioned matter be referred to United States Magistrate Judge Paul W. Grimm, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

FERRED TO MAGISTRATE JUDGE _____Grimm_____
4/12/04

☐ JUDGE
☐ MAGISTRATE
☐ COUNSEL
☐ PLAINTIFF

_____ DATE: 4/14/04
DEPUTY

_____
J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 1/2000) - Magistrate Judge - General Consent