

**DUGAN**
**BABIJ**
**TOLLEY**
**SPECTOR** LLC

Finding Answers. Demanding Justice.

ATTORNEYS AT LAW

Henry E. Dugan, Jr. *†‡
hdugan@medicalneg.com

Bruce J. Babij *†‡*
bbabij@medicalneg.com

George S. Tolley, III *†‡
gtolley@medicalneg.com

Frank W. Spector *†‡
fspector@medicalneg.com

\* Admitted in MD
† Admitted in WV
‡ Admitted in DC
⁺ Admitted in PA

November 22, 2004

The Honorable Paul W. Grimm
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201
VIA FAX ONLY 410-962-3630

RE: Stoey v. Manger
Civil No: JFM-02-3862

Dear Magistrate Judge Grimm:

This letter will advise that the parties in the above-captioned matter have resolved their differences, coming to the terms previously negotiated in your chambers earlier this year. Documents will be exchanged between the parties to formalize the resolution of this matter.

Accordingly, unless Your Honor requires otherwise, there is no longer a need for meeting on the morning of November 30, 2004.

If Your Honor has any questions, or requires anything further with respect to this matter, please do not hesitate to contact me.

Thank you very much for your courtesy and indulgence in this matter.

Sincerely,

GEORGE S. TOLLEY III

GSTIII:spg
c.c. Thomas L. Doran, Esquire
VIA FAX ONLY 301-306-4988