IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| HAILEE STOEY, a minor, by and through her parents and next friends, TIM and CASSANDRA STOEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE E. MANGER, JR., M.D., et al.,<br><br>Defendants. | Civil Action No. PWG-02-3862<br>Judge Paul W. Grimm |

## STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

PLEASE ENTER all claims in the above-captioned case as **DISMISSED WITH PREJUDICE.**

| DUGAN, BABIJ, TOLLEY & SPECTOR, LLC | DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP |
|---|---|
| By: _/s/_<br>Henry E. Dugan, Jr.<br>George S. Tolley, III<br>1966 Greenspring Drive<br>Suite 500<br>Timonium, Maryland 21093<br>410/308-1600<br>**Counsel for Plaintiffs** | By: _/s/_<br>Thomas L. Doran, #03054<br>Anne Marie McGinley, #05755<br>4601 Forbes Boulevard<br>Suite 200<br>Lanham, Maryland 20706<br>301/306-4300<br>**Counsel for Defendants** |

I:\COMMON\WP\L1\TLD\Stoey\StipDis.wpd.dhr

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548